**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHELE PHILLIPS,

                Petitioner

        v.

CITY OF SCRANTON NON-UNIFORM
PENSION BOARD,

                Respondent

:  No. 161 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.